UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81567-KAM

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**KD TRAN, LLC, d/b/a ZERO DEGREES,**
a foreign limited liability company; and
**M-T BOBA & DESSERTS LLC, d/b/a
ZERO DEGREES**, a Florida limited liability
company,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendants, though their respective Counsel, hereby provide notice that the parties have reached an amicable settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to file the necessary dismissal documents.

    DATED: November 4, 2022.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By ___*s/ Roderick V. Hannah*___<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By ___*s/ Pelayo M. Duran*___<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**Defendants KD TRAN, LLC, d/b/a ZERO DEGREES
and M-T BOBA & DESSERTS LLC, d/b/a
ZERO DEGREES
c/o Jimmy Nguyen, Esq.**
Counsel (not admitted in Florida)
17011 Beach Blvd, Suite 900
Huntington Beach, CA 92647
Tel: (949) 438-1714
jimmy@jmnlegal.com

By  */s/ Jimmy Nguyen*
       JIMMY NGUYEN, ESQ.