UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81567-CIV-MARRA

NELSON FERNANDEZ,

Plaintiff,

vs.

KD TRAN, LLC, d/b/a ZERO DEGREES,
a foreign limited liability company; and
M-T BOBA & DESSERTS LLC, d/b/a
ZERO DEGREES, a Florida limited liability
company,

Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 10). This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of November, 2022.

KENNETH A. MARRA
United States District Judge